UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Charles McNeil, | ) | C/A No. 5:12-cv-02880-MGL-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | REPORT AND RECOMMENDATION |
| v. | ) | |
| | ) | |
| Dr. Alewine, Nurse Owens, Nurse A. Brown, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, an inmate with the South Carolina Department of Corrections ("SCDC"), filed this 42 U.S.C. § 1983 action alleging that Defendants violated his constitutional rights. Plaintiff filed an initial Complaint and an Amended Complaint on October 5, 2012, ECF No. 1, 1-3, and 1-4. This court has previously directed that the Complaint be served on all Defendants; however, the attempted service upon Defendants Greene, Wick, and Cullough by the United States Marshal's Service was returned because these Defendants were not properly identified for service. *See* ECF Nos. 151, 152, and 153. By order dated March 27, 2014, Plaintiff was given until April 16, 2014, to provide the necessary information and paperwork so that service of process may again be attempted on Defendants Greene, Wick, and Cullough. ECF No. 180. Plaintiff has failed to provide the requested service documents and has therefore failed to comply with an order of this court. Accordingly, it is recommended that the case against Defendants Greene, Wick, and Cullough be dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

IT IS SO RECOMMENDED.

April 22, 2014                                                                Kaymani D. West
Florence, South Carolina                                          United States Magistrate Judge